UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARSHA GAIL BLAIR,<br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>JO ANNE B. BARNHART, Commissioner<br>　of the Social Security Administration,<br><br>　　　　　　　　Defendant. | )<br>)<br>)　　1:04-cv-1875-SEB-VSS<br>)<br>)<br>)<br>)<br>) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Marsha Gail Blair is not entitled to Supplemental Security Income based on her application filed on April 2, 2001, is **AFFIRMED.**

Date:  01/06/2006

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SARAH EVANS BARKER, JUDGE
　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Copies to:

G. Gene Arnholt, arnholt@sbcglobal.net

Thomas E. Kieper, UNITED STATES ATTORNEY'S OFFICE, tom.kieper@usdoj.gov